OCTOBER 2, 1946

**No. 51339.—**
Protests 97663–K, etc., of F. W. Myers & Co., Inc. Abstract 51266. Plaintiff's application for rehearing granted.

OCTOBER 7, 1946

**No. 51340.** Petition 6412–R of G. J. Kluyskens, Abstract 50982. Petitioner's application for rehearing granted.